# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136001

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 136001
COA: 275196
Wayne CC: 06-007929-01

LAWRENCE PAUL MOTT,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008                                 _____
                                            Clerk

l0519